SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
FRANCISCO VARGAS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-1207-SBA |
| ) Plaintiff, ) | **EX PARTE ORDER PERMITTING DEFENDANTS TO USE MP3 PLAYERS TO LISTEN TO DISCOVERY;** |
| vs. ) | |
| FRANCISCO VARGAS, ) | |
| Defendant. ) | Judge: Saundra Brown Armstrong |
| _____ ) | |

Finding good cause shown as audio discovery has been provided in digital format:

It is hereby Ordered that:

1. Defendants Felipe Aguilera (PFN ULQ667), Emilio Lopez Garcia (PFN ULB803), Jose Luis Perez (PFN ULQ688), and Francisco Vargas (PFN ULQ669), shall be permitted to possess and review audio discovery on up to two (2) MP3 players at Glenn E. Dyer Detention Facility, Santa Rita Jail, FDC Dublin, and shall be permitted to keep and maintain the MP3 players during the case;

2. Defense counsel for each of the above-named defendants shall be permitted to use laptops in jail visits in accordance with the regulations of each jail, to review the audio discovery with the defendants during visits.

Dated: January 12, 2010

*Saundra B Armstrong*
Hon. Saundra Brown Armstrong
United States District Judge