1
2
3
4
5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland)

6
7
8
9
10
11

| UNITED STATES OF AMERICA, | ) | CR 09-1207-SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| FRANCISCO VARGAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Saundra Brown Armstrong |

12  For Good Cause Shown and pursuant to the stipulation of the government and
13 defendant Francisco Vargas, IT IS HEREBY ORDERED that the hearing scheduled
14 for September 7, 2010 is vacated and shall be continued to September 14, 2010 at
15 11:00 a.m.

16  IT IS FURTHER ORDERED that the time from September *7*, 2010 to
17 September *14*, 2010 shall be excluded in accordance with the provisions of the
18 Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) for adequate preparation of
19 counsel and continuity of counsel.  The Court finds that the ends of justice served by
20 granting the continuance outweigh the best interests of the public and the defendant
21 in a speedy trial, and that the failure to grant the continuance requested would
22 unreasonably deny counsel the reasonable time necessary for effective preparation,
23 taking into account due diligence, given the need for additional legal and factual
24 research, investigation, and review of discovery.

25  IT IS SO ORDERED.

26 Dated: 9/7/10

_____
SAUNDRA BROWN ARMSTRONG
U.S. District Judge